**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **El Ideal Foods, Inc.** | |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Lo Ideal Foods, Inc.** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4599787** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4102 Atlantic Avenue**<br>**Raleigh, NC 27604**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wake**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **El Ideal Foods, Inc.** _____     Case number (*if known*) _____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Ferantil Food Products, Inc.** | Relationship | **Related Entity** |
| District | **Eastern District of North Carolina** | When **3/04/14** | Case number, if known **14-01023-5-SWH** |

| Debtor | **El Ideal Foods, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | El Ideal Foods, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 25, 2017**
MM / DD / YYYY

**X /s/ Fernando A. Roa**                         Fernando A. Roa
Signature of authorized representative of debtor        Printed name

Title   **President**

---

**18. Signature of attorney**

**X /s/ Jason L. Hendren**                    Date **August 25, 2017**
Signature of attorney for debtor                   MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **(919) 420-7867**      Email address   **jhendren@hendrenmalone.com**

**NC State Bar 26869**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>El Ideal Foods, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**          X **/s/ Fernando A. Roa**
_____          _____
                                              Signature of individual signing on behalf of debtor

                                              **Fernando A. Roa**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | El Ideal Foods, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Akli Food Attn: Managing Agent 6685 Peachtree Industrial Blvd. Atlanta, GA 30360 | | trade debt | | | | $3,116.00 |
| Atlantic Investment Management Attn: Managing Agent 4104 Atlantic Avenue, Suite 140 Raleigh, NC 27604 | | rent | | | | $5,764.36 |
| BB&T Attn: Managing Agent P.O. Box 698 Wilson, NC 27894 | | credit card debt | | | | $13,862.64 |
| DJ Sab Distribution, Inc. Attn: Managing Agent 822 SW 17 Avenue Miami, FL 33135 | | trade debt | | | | $2,909.32 |
| Farmers Imports, LLC Attn: Managing Agent 2655 Lejeune Road #309 Miami, FL 33134 | | trade debt | | | | $10,368.00 |
| Good'O Beverage Attn: Managing Agent 117-02 15th Avenue College Point, NY 11356 | | trade debt | | | | $6,241.40 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **El Ideal Foods, Inc.**
_____  Case number (if known)  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **India Beverage, Inc. Attn: Managing Agent 1401 Viele Avenue Bronx, NY 10474** | | **trade debt** | | | | **$6,600.90** |
| **IS-PE Produce, Inc. Attn: Managing Agent 2501 W Military Way B-4 McAllen, TX 78503** | | **trade debt** | | | | **$19,238.00** |
| **La Montana Foods Attn: Managing Agent 17842 SW 144 Court Miami, FL 33177** | | **trade debt** | | | | **$40,658.62** |
| **Market 5201, Inc. 10613 W Sam Houston Pky N #150, Building B Houston, TX 77064** | | **trade debt** | | | | **$3,504.00** |
| **Masabrosa, LLC Attn: Managing Agent 1238 W Street NE Washington, DC 20018** | | **trade debt** | | | | **$78,582.00** |
| **Mexican Trading, LLC Attn: Managing Agent 3549 E. 14th Street, Suite F/G Brownsville, TX 78521** | | **trade debt** | | | | **$36,895.51** |
| **Motor Rite, Inc. Attn: Managing Agent 1001 Corporate Parkway #100 Raleigh, NC 27610** | | **trade debt** | | | | **$10,600.00** |
| **Nuestro Queso, LLC Attn: Managing Agent 9500 West Bryn Mawr Avenue Rosemont, IL 60018** | | **trade debt** | | | | **$6,896.98** |
| **PahnasS.A. de C.V Blvd. Acero#1, Zona Ind. Merliot Aniguo Cusctlan El Salvador** | | **trade debt** | | | | **$45,610.60** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | El Ideal Foods, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Queseria Favorita, LLC Attn: Managing Agent 14 Market Street Passaic, NJ 07055 | | trade debt | | | | $25,142.60 |
| Savia USA, LLC Attn: Managing Agent 6704 Parke East Blvd. Tampa, FL 33610 | | trade debt | | | | $41,162.90 |
| Specialized Dairy Processors Attn: Managing Agent 7900 Oak Lane #400 Hialeah, FL 33016 | | trade debt | | | | $7,815.16 |
| Tropical Del Campo, Inc. Attn: Managing Agent 2135 NW 79th Avenue Miami, FL 33122 | | trade debt | | | | $2,550.00 |
| Walong Marketing, Inc. Attn: Managing Agent 95 Caven Point Road Jersey City, NJ 07305 | | trade debt | | | | $3,451.10 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **El Ideal Foods, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)                         

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

**1.**   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*...........................................................................................................    $       **0.00**

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*.......................................................................................................    $       **470,288.97**

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*.........................................................................................................    $       **470,288.97**

| Part 2: | Summary of Liabilities |
|---|---|

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       **489,498.07**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $       **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       **475,970.09**

**4.**   Total liabilities ................................................................................................................
     Lines 2 + 3a + 3b          $       **965,468.16**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **El Ideal Foods, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$6,706.03** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **BB&T** | **Checking** | **9755** | **$0.00** |
| 3.2.    **Wells Fargo** | **Checking** | **5173** | **$2,474.94** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         **$9,180.97**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.    **Duke Energy deposit** | **$1,200.00** |
|---|---|

Debtor __El Ideal Foods, Inc.__ Case number *(If known)* _____
      Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | **$1,200.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **51,907.27** | - | **6,000.00** | = .... | **$45,907.27** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **2,596.00** | - | **0.00** | =.... | **$2,596.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** | **$48,503.27**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale | | | | |
| 22.   Other inventory or supplies **Food inventory** | | **Unknown** | Recent cost | **$168,904.73** |

23. **Total of Part 5.** | **$168,904.73**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Debtor   **El Ideal Foods, Inc.**                                    Case number *(If known)* _____
     Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>office furniture | **Unknown** | **N/A** | **$2,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                 | **$2,000.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor  **El Ideal Foods, Inc.**                    Case number *(If known)* _____
  _____
  Name

| | | | | |
|---|---|---|---|---|
| 47.1. | **2003 International truck 4000 series**<br>**VIN: 1HTMPAFM23H574590**<br>**(in shop)** | Unknown | N/A | $20,000.00 |
| 47.2. | **2016 Ford F750**<br>**VIN: 1FDNF7DC06DA01472** | Unknown | N/A | $50,000.00 |
| 47.3. | **2013 International truck 4000 series**<br>**VIN: 1HTJTSKM3DH326120** | Unknown | N/A | $20,000.00 |
| 47.4. | **2016 Ford F750 w 22ft box** | Unknown | Recent cost | $140,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
    **machinery and equipment)**
    **forklift, rack system, 20 carts, pallet jack**          Unknown   N/A          $10,500.00

51. **Total of Part 8.**                                                    | $240,500.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**"El Ideal"** | Unknown | N/A | Unknown |

61. **Internet domain names and websites**

| Debtor | **El Ideal Foods, Inc.** | | Case number *(If known)* | |
| | Name | | | |

| elideal.net | | Unknown | N/A | Unknown |

| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Customer List** | | | |
| | **(may be provided upon request)** | Unknown | N/A | Unknown |

| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **El Ideal Foods, Inc.**                                        Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,180.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,503.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $168,904.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $240,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $470,288.97 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $470,288.97 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **El Ideal Foods, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  APZB Industries**

Creditor's Name

**Attn: Managing Agent**
**300 Ledgewood Place,**
**Suite 301**
**Rockland, MA 02370**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/6/2013**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of the company**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| Unknown | Unknown |
|---|---|

**2.2  BB&T**

Creditor's Name

**Attn: Managing Agent**
**P.O. Box 698**
**Wilson, NC 27894**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/11/2016**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All assets of the company**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $88,749.11 | Unknown |
|---|---|

Debtor   El Ideal Foods, Inc.

Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Company** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/26/2012**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All assets of the company**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown   Unknown

---

| 2.4 | **Direct Capital** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2/2016**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All assets of the company**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$153,462.40   Unknown

---

| 2.5 | **Ferantil Food Products, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
4102 Atlantic Avenue
Raleigh, NC 27604**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**4 trucks, food supplies, forklift, pallet jack,
two (2) computer servers, three (3) Dell
computers, office equipment and all other
personal property listed in Security
Agreement dated 2/17/2014**

**Describe the lien**

$82,962.30   Unknown

---

Debtor **El Ideal Foods, Inc.**

Name

Case number (if know) _____

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**3/24/2014**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $50,568.06 | $50,000.00 |
|-----|---|---|---|---|

Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**

Creditor's mailing address

**2016 Ford F750**
**VIN: 1FDNF7DC06DA01472**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**11/23/2015**

**Last 4 digits of account number**

**6480**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $98,110.70 | $140,000.00 |
|-----|---|---|---|---|

Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**

Creditor's mailing address

**2016 Ford F750 w 22ft box**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**8/15/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **El Ideal Foods, Inc.**                                   Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Keystone Equipment Finance Corp.** | | $15,645.50 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**P.O. Box 330429**
**West Hartford, CT**
**06133-9938**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2003 International truck 4000 series**
**VIN: 1HTMPAFM23H574590**
**(in shop)**

**Describe the lien**
**UCC-1**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**1/26/2016**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **World Global Financing, Inc.** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**141 NE 3rd Avenue, Floor 12**
**Miami, FL 33132**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the company**

**Describe the lien**
**UCC-1**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**3/14/2015**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $489,498.07 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **El Ideal Foods, Inc.**                                          Case number (if know) _____
          Name

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cindy G. Oliver**<br>**Morris, Russell, Eagle & Worley**<br>**2235 Gateway Access Point, Suite 20**<br>**Raleigh, NC 27607** | Line __2.5__ | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.4__ | |
| **Rapid Financial Services, LLC**<br>**Attn: Managing Agent**<br>**4500 East West Highway, 6th Floor**<br>**Bethesda, MD 20814** | Line __2.9__ | |
| **Richard D. Sparkman**<br>**Chapter 7 Trustee**<br>**P.O. Box 1687**<br>**Angier, NC 27501-1687** | Line __2.5__ | |
| **The Connor Law Firm**<br>**2501 Blue Ridge Road, Ste 250**<br>**Raleigh, NC 27607** | Line __2.5__ | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**El Ideal Foods, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dept. of Employment Security**
**Attn: Managing Agent**
**P.O. Box 25903**
**Raleigh, NC 27611-5903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19114-0326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **El Ideal Foods, Inc.**                                           Case number *(if known)* _____
_____
            Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**NC Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,116.00** |

**Akli Food**
**Attn: Managing Agent**
**6685 Peachtree Industrial Blvd.**
**Atlanta, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,764.36** |

**Atlantic Investment Management**
**Attn: Managing Agent**
**4104 Atlantic Avenue, Suite 140**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **rent**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,862.64** |

**BB&T**
**Attn: Managing Agent**
**P.O. Box 698**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **credit card debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | El Ideal Foods, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,909.32** |
|---|---|---|---|

**DJ Sab Distribution, Inc.**
**Attn: Managing Agent**
**822 SW 17 Avenue**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,368.00** |
|---|---|---|---|

**Farmers Imports, LLC**
**Attn: Managing Agent**
**2655 Lejeune Road #309**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105,000.00** |
|---|---|---|---|

**Fernando Roa**
**6300 Terra Verde Drive**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,241.40** |
|---|---|---|---|

**Good'O Beverage**
**Attn: Managing Agent**
**117-02 15th Avenue**
**College Point, NY 11356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,600.90** |
|---|---|---|---|

**India Beverage, Inc.**
**Attn: Managing Agent**
**1401 Viele Avenue**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,238.00** |
|---|---|---|---|

**IS-PE Produce, Inc.**
**Attn: Managing Agent**
**2501 W Military Way B-4**
**McAllen, TX 78503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,658.62** |
|---|---|---|---|

**La Montana Foods**
**Attn: Managing Agent**
**17842 SW 144 Court**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | El Ideal Foods, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,504.00 |
|---|---|---|---|

**Market 5201, Inc.**
10613 W Sam Houston Pky N
#150, Building B
Houston, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,582.00 |
|---|---|---|---|

**Masabrosa, LLC**
Attn: Managing Agent
1238 W Street NE
Washington, DC 20018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,895.51 |
|---|---|---|---|

**Mexican Trading, LLC**
Attn: Managing Agent
3549 E. 14th Street, Suite F/G
Brownsville, TX 78521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,600.00 |
|---|---|---|---|

**Motor Rite, Inc.**
Attn: Managing Agent
1001 Corporate Parkway #100
Raleigh, NC 27610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,896.98 |
|---|---|---|---|

**Nuestro Queso, LLC**
Attn: Managing Agent
9500 West Bryn Mawr Avenue
Rosemont, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,610.60 |
|---|---|---|---|

**PahnasS.A. de C.V**
Blvd. Acero#1, Zona Ind.
Merliot Aniguo Cusctlan
El Salvador

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,142.60 |
|---|---|---|---|

**Queseria Favorita, LLC**
Attn: Managing Agent
14 Market Street
Passaic, NJ 07055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    El Ideal Foods, Inc.                                          Case number *(if known)* _____
          Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,162.90 |
|---|---|---|---|

**Savia USA, LLC**
**Attn: Managing Agent**
**6704 Parke East Blvd.**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,815.16 |
|---|---|---|---|

**Specialized Dairy Processors**
**Attn: Managing Agent**
**7900 Oak Lane #400**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00 |
|---|---|---|---|

**Tropical Del Campo, Inc.**
**Attn: Managing Agent**
**2135 NW 79th Avenue**
**Miami, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,451.10 |
|---|---|---|---|

**Walong Marketing, Inc.**
**Attn: Managing Agent**
**95 Caven Point Road**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 475,970.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        475,970.09 |

**Fill in this information to identify the case:**

Debtor name    **El Ideal Foods, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **lease of office located at 4102 Atlantic Avenue, Raleigh** |
|     State the term remaining |  |
|     List the contract number of any government contract | **Atlantic Investment Management Attn: Managing Agent 4104 Atlantic Avenue, Suite 140 Raleigh, NC 27604** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **El Ideal Foods, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ferantil Food Products, Inc.** | **Attn: Managing Agent 4102 Atlantic Avenue Raleigh, NC 27604** | **Corporation Service Company** | ■ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Ferantil Food Products, Inc.** | **Attn: Managing Agent 4102 Atlantic Avenue Raleigh, NC 27604** | **APZB Industries** | ■ D  __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Fernando Roa** | **6300 Terra Verde Drive Raleigh, NC 27609** | **World Global Financing, Inc.** | ■ D  __2.9__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **El Ideal Foods, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,790,767.77** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$3,094,529.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$3,068,937.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **El Ideal Foods, Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Rapid Advance**<br>**Attn: Managing Agent**<br>**4500 East West Highway, 6th Floor**<br>**Bethesda, MD 20814** | **5/27/2017 -**<br>**8/25/2017** | **$105,082.20** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **BB&T**<br>**Attn: Managing Agent**<br>**P.O. Box 698**<br>**Wilson, NC 27894** | **5/27/2017 -**<br>**8/25/2017** | **$6,695.63** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Ford Motor Credit Company**<br>**P.O. Box 105704**<br>**Atlanta, GA 30348** | **8/15/2017** | **$8,300.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Down payment toward vehicle finance** |
| 3.4. **Atlantic Investment Management**<br>**Attn: Managing Agent**<br>**4104 Atlantic Avenue, Suite 140**<br>**Raleigh, NC 27604** | **5/27/2017 -**<br>**8/25/2017** | **$17,293.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **rent** |
| 3.5. **G.K. Skagg, Inc.**<br>**Attn: Managing Agent**<br>**100 Pacifica**<br>**Irvine, CA 92618** | **5/27/2017 -**<br>**8/25/2017** | **$26,519.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Masabrosa, LLC**<br>**Attn: Managing Agent**<br>**1238 W Street NE**<br>**Washington, DC 20018** | **5/27/2017 -**<br>**8/25/2017** | **$207,187.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Mexican Trading, LLC**<br>**Attn: Managing Agent**<br>**3549 E. 14th Street, Suite F/G**<br>**Brownsville, TX 78521** | **5/27/2017 -**<br>**8/25/2017** | **$31,374.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Nationwide Insurance**<br>**Attn: Managing Agent**<br>**P.O. Box 607**<br>**Norwood, MA 02062** | **5/27/2017 -**<br>**8/25/2017** | **$6,323.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    El Ideal Foods, Inc.                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.9. Nital Trading Co., Inc. Attn: Managing Agent 7281 NW 78th Terrace Miami, FL 33166 | 5/27/2017 - 8/25/2017 | $44,319.63 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. Savia USA, LLC Attn: Managing Agent 6704 Parke East Blvd. Tampa, FL 33610 | 5/27/2017 - 8/15/2017 | $20,723.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. The Quay Corporation, Inc. Attn: Managing Agent 7101 N Capitol Drive Lincolnwood, IL 60712 | 5/27/2017 - 8/25/2017 | $8,638.18 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19114-0326 | 5/27/2017 - 8/25/2017 | $14,617.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other  taxes |
| 3.13. World Global Financing, Inc. Attn: Managing Agent 141 NE 3rd Avenue, Floor 12 Miami, FL 33132 | 8/27/2017 - 8/25/2017 | $7,305.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **El Ideal Foods, Inc.** | | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

---

Debtor    El Ideal Foods, Inc.           Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive**<br>**Suite 150**<br>**Raleigh, NC 27612** | | **8/9/2017** | **$20,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Hielo Peravia**<br>**Presidente Billini #37**<br>**Bani RD** | **2008 Chevrolet truck**<br>**VIN 0649** | **2015** | **$0.00** |
| | **Relationship to debtor**<br>**President's father** | | | |
| 13.2. | **unknown** | **2004 Isuzu**<br>**VIN: 2363** | **2015** | **$3,000.00** |
| | **Relationship to debtor**<br>**none** | | | |
| 13.3. | **unknown** | **1999 Chevrolet truck**<br>**VIN 1582** | **2015** | **$0.00** |
| | **Relationship to debtor**<br>**none** | | | |
| 13.4. | **unknown** | **2008 Ford truck**<br>**VIN: 5146**<br>**(wrecked total loss- insurance claim)** | **2015** | **$15,000.00** |
| | **Relationship to debtor**<br>**none** | | | |

**Part 7:**    Previous Locations

Debtor   **El Ideal Foods, Inc.**                                          Case number *(if known)*

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

    | Address | Dates of occupancy From-To |
    |---|---|

    ---

    **Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

    **Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

    **Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

    | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|---|
    | 18.1. | **PNC Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 5570**<br>**Cleveland, OH 44101-0570** | XXXX-3545 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 10/2016 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    El Ideal Foods, Inc. _____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    El Ideal Foods, Inc.                                    Case number *(if known)*

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Angiecorp Accounting & Tax Co.**<br>**Attn: Managing Agent**<br>**4104 Atlantic Avenue**<br>**Raleigh, NC 27604** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Angiecorp Accounting & Tax Co.**<br>**Attn: Managing Agent**<br>**4104 Atlantic Avenue**<br>**Raleigh, NC 27604** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1    **Fernando Roa** | **8/18/2017** | **181,301.61** |

| Name and address of the person who has possession of inventory records |
|---|
| **Fernando Roa**<br>**6300 Terra Verde Drive**<br>**Raleigh, NC 27609** |

Debtor    El Ideal Foods, Inc.                                    Case number *(if known)*

| 27.2. | Name of the person who supervised the taking of the inventory<br>**Fernando Roa** | Date of inventory<br>**7/31/2017** | The dollar amount and basis (cost, market, or other basis) of each inventory<br>**$244,399.52** |
|---|---|---|---|
| | Name and address of the person who has possession of inventory records<br>**Fernando Roa<br>6300 Terra Verde Drive<br>Raleigh, NC 27609** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fernando Roa** | **6300 Terra Verde Drive<br>Raleigh, NC 27609** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Fernando Roa<br>6300 Terra Verde Drive<br>Raleigh, NC 27609** | **$78,000.00** | **8/2016 - 8/2017** | **W2 Wages** |
| | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **El Ideal Foods, Inc.**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**

**/s/ Fernando A. Roa**                          **Fernando A. Roa**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    __El Ideal Foods, Inc.__ _____    Case No. _____

                                                Debtor(s)           Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fernando Roa**<br>**6300 Terra Verde Drive**<br>**Raleigh, NC 27609** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __August 25, 2017__ _____        Signature   __/s/ Fernando A. Roa_____

                                                                          **Fernando A. Roa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re     **El Ideal Foods, Inc.**                                                                Case No.

                                                   Debtor(s)            Chapter     **11**


# VERIFICATION OF CREDITOR MATRIX


I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:     **August 25, 2017**                        **/s/ Fernando A. Roa**
                                                  **Fernando A. Roa/President**
                                                  Signer/Title

Akli Food
Attn: Managing Agent
6685 Peachtree Industrial Blvd.
Atlanta, GA 30360

APZB Industries
Attn: Managing Agent
300 Ledgewood Place, Suite 301
Rockland, MA 02370

Atlantic Investment Management
Attn: Managing Agent
4104 Atlantic Avenue, Suite 140
Raleigh, NC 27604

BB&T
Attn: Managing Agent
P.O. Box 698
Wilson, NC 27894

Cindy G. Oliver
Morris, Russell, Eagle & Worley
2235 Gateway Access Point, Suite 20
Raleigh, NC 27607

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Dept. of Employment Security
Attn: Managing Agent
P.O. Box 25903
Raleigh, NC 27611-5903

Direct Capital
Attn: Managing Agent
155 Commerce Way
Portsmouth, NH 03801

DJ Sab Distribution, Inc.
Attn: Managing Agent
822 SW 17 Avenue
Miami, FL 33135

Farmers Imports, LLC
Attn: Managing Agent
2655 Lejeune Road #309
Miami, FL 33134

Ferantil Food Products, Inc.
Attn: Managing Agent
4102 Atlantic Avenue
Raleigh, NC 27604

Fernando Roa
6300 Terra Verde Drive
Raleigh, NC 27609

Ford Motor Credit Company
P.O. Box 105704
Atlanta, GA 30348

Good'O Beverage
Attn: Managing Agent
117-02 15th Avenue
College Point, NY 11356

India Beverage, Inc.
Attn: Managing Agent
1401 Viele Avenue
Bronx, NY 10474

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

IS-PE Produce, Inc.
Attn: Managing Agent
2501 W Military Way B-4
McAllen, TX 78503

Keystone Equipment Finance Corp
Attn: Managing Agent
P.O. Box 330429
West Hartford, CT 06133-9938

La Montana Foods
Attn: Managing Agent
17842 SW 144 Court
Miami, FL 33177

Market 5201, Inc.
10613 W Sam Houston Pky N
#150, Building B
Houston, TX 77064

Masabrosa, LLC
Attn: Managing Agent
1238 W Street NE
Washington, DC 20018

Mexican Trading, LLC
Attn: Managing Agent
3549 E. 14th Street, Suite F/G
Brownsville, TX 78521

Motor Rite, Inc.
Attn: Managing Agent
1001 Corporate Parkway #100
Raleigh, NC 27610

NC Department of Revenue
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602-1168

Nuestro Queso, LLC
Attn: Managing Agent
9500 West Bryn Mawr Avenue
Rosemont, IL 60018

PahnasS.A. de C.V
Blvd. Acero#1, Zona Ind.
Merliot Aniguo Cusctlan
El Salvador

Queseria Favorita, LLC
Attn: Managing Agent
14 Market Street
Passaic, NJ 07055

Rapid Financial Services, LLC
Attn: Managing Agent
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Richard D. Sparkman
Chapter 7 Trustee
P.O. Box 1687
Angier, NC 27501-1687

Savia USA, LLC
Attn: Managing Agent
6704 Parke East Blvd.
Tampa, FL 33610

Specialized Dairy Processors
Attn: Managing Agent
7900 Oak Lane #400
Hialeah, FL 33016

The Connor Law Firm
2501 Blue Ridge Road, Ste 250
Raleigh, NC 27607

Tropical Del Campo, Inc.
Attn: Managing Agent
2135 NW 79th Avenue
Miami, FL 33122

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Walong Marketing, Inc.
Attn: Managing Agent
95 Caven Point Road
Jersey City, NJ 07305

World Global Financing, Inc.
Attn: Managing Agent
141 NE 3rd Avenue, Floor 12
Miami, FL 33132

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **El Ideal Foods, Inc.**
_____
Debtor(s)

Case No. _____

Chapter  **11**
_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **El Ideal Foods, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 25, 2017**
_____
Date

**/s/ Jason L. Hendren**
_____
**Jason L. Hendren**
Signature of Attorney or Litigant
Counsel for   **El Ideal Foods, Inc.**
_____
**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**