UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )
                                                    )
EL IDEAL FOODS, INC.                                )    Case No. 17-04171-5-JNC
                                                    )    Chapter 11
    Debtor.                                         )

## APPLICATION FOR APPROVAL OF COMPENSATION AND EMPLOYMENT OF FERNANDO ROA AS OFFICER

Pursuant to the provision of Chapter 11 of the Bankruptcy Code, prior orders of this Court and Local Bankruptcy Rule No. 4002-1(d)(1), El Ideal Foods, Inc. (herein "El Ideal" or "Debtor") hereby makes this application for approval of compensation and employment of officer; and, in support thereof, shows unto the Court as follows:

1. Subject to specific provisions of the Local Bankruptcy Rule No. 4002-1(d)(1), the Debtor shall not employ its principals prior to Court approval.

2. Fernando Roa is the President of the Debtor. Fernando Roa seeks Court approval for employment by the Debtor and for a gross annual compensation of $78,000.00. Fernando Roa has been employed by the Debtor for approximately three (3) years.

3. Fernando Roa expects to perform services on behalf of the Debtor on an average approximately seventy (70) hours per week.

4. Duties of Fernando Roa include, but are not limited to, the following:

    a. Managing the accuracy and productivity of the day-to-day operations;

    b. Manage and collect accounts receivable;

    c. Maintain financial records and business reports;

    d. Oversee general accounting;

    e. Invoice customers;

    f. Provide leadership and direction for the company;

    g. Manage inventory;

h. Manage distribution to customers;

i. Operate delivery truck; and

j. Manage business relationships.

WHEREFORE, the Debtor requests the following:

1. That it be allowed to employ Fernando Roa as President of the Debtor;

2. That the Debtor be allowed to continue to compensate Fernando Roa in the gross annual amount of $78,000.00 in the manner set out herein; and

3. That the Court allow such other and further relief as the Court deems just and proper.

DATED: August 31, 2017   **HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
Email: rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

## VERIFICATION

I, Fernando Roa, first being duly sworn, deposes and says that he is the officer named in the foregoing document; that he has read the same and the contents thereof are true according to the best of his knowledge, information and belief.

Fernando Roa, President
El Ideal Foods, Inc.

Sworn to and subscribed
before me this 25th day
of August, 2017.

s/ NOTARY PUBLIC

My commission expires: August 13, 2018

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action either electronically or by depositing a copy in the United States mail in an envelope bearing sufficient postage addressed to counsel for said parties, this the 31st day of August, 2017.

DATED:  August 31, 2017

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

TO:

C. Scott Kirk                    *(via CM/ECF)*
Office of the Bankruptcy Administrator

El Ideal Foods, Inc.
4102 Atlantic Avenue
Raleigh, NC 27604

Fernando Roa
6300 Terra Verde Drive
Raleigh, NC 27609