## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EL IDEAL FOODS, INC. | ) | Case No. 17-04171-5-JNC |
| | ) | Chapter 11 |
| Debtor. | ) | |

### NOTICE OF DISPUTED CLAIM

    Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| APZB Industries<br>Attn: Managing Agent<br>300 Ledgewood Place, Suite 301<br>Rockland, MA 02370 | Disputed |

Dated:    August 31, 2017

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    C. Scott Kirk                                         *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    El Ideal Foods, Inc.
    Attn: Managing Agent
    4102 Atlantic Avenue
    Raleigh, NC 27604

    APZB Industries
    Attn: Managing Agent
    300 Ledgewood Place, Suite 301
    Rockland, MA 02370

This the 31st day of August, 2017.

    HENDREN, REDWINE & MALONE, PLLC

    s/<u>Rebecca F. Redwine</u>
    Jason L. Hendren
    NC State Bar No. 26869
    Rebecca F. Redwine
    NC State Bar No. 37012
    4600 Marriott Drive, Suite 150
    Raleigh, NC 27612
    Telephone: (919) 573-1422
    Facsimile: (919) 420-0475
    Email: jhendren@hendrenmalone.com
    Email: rredwine@hendrenmalone.com
    ATTORNEYS FOR DEBTOR