**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EL IDEAL FOODS, INC. | ) | Case No. 17-04171-5-JNC |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| World Global Financing, Inc.<br>Attn: Managing Agent<br>141 NE 3rd Avenue, 12th Floor<br>Miami, FL 33132 | Disputed |

Dated:    August 31, 2017

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    C. Scott Kirk                                    *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    El Ideal Foods, Inc.
    Attn: Managing Agent
    4102 Atlantic Avenue
    Raleigh, NC 27604

    World Global Financing, Inc.
    Attn: Managing Agent
    141 NE 3rd Avenue, 12th Floor
    Miami, FL 33132

    Rapid Financial Services, LLC
    Attn: Managing Agent
    4500 East West Highway, 6th Floor
    Bethesda, MD 50814

This the 31st day of August, 2017.

    HENDREN, REDWINE & MALONE, PLLC

    s/Rebecca F. Redwine
    Jason L. Hendren
    NC State Bar No. 26869
    Rebecca F. Redwine
    NC State Bar No. 37012
    4600 Marriott Drive, Suite 150
    Raleigh, NC 27612
    Telephone: (919) 573-1422
    Facsimile: (919) 420-0475
    Email: jhendren@hendrenmalone.com
    Email: rredwine@hendrenmalone.com
    ATTORNEYS FOR DEBTOR